SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

95 JUN 14 PM 4: 21

NORBERT
CLERK

WARRANT ISSUED THIS DATE

06/15/95

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:CR95-79 |
| vs. | ) | INDICTMENT |
| CLARENCE ROBINSON, a/k/a "Fuzzy" | ) | (21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, 18 U.S.C. § 2) |
| Defendant. | ) | |

Kathleen A. Jaudzemis
U.S. Magistrate Judge

JUDGE STROM

The Grand Jury charges:

### COUNT I

From on or about the 1st day of August, 1993, through on or about the 31st day of January, 1994, in the District of Nebraska and elsewhere, CLARENCE ROBINSON, a/k/a "Fuzzy," defendant herein, did knowingly and intentionally combine, conspire, confederate and agree together with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute, a mixture or substance containing a detectable amount of cocaine base (i.e., "crack cocaine"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS J. MONAGHAN
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MARIA R. MORAN
Assistant U.S. Attorney