IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )          8:95CR79
                             )
      v.                     )
                             )
CLARENCE ROBINSON,           )          ORDER
                             )
           Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to appeal (Filing No. 158). The Court's order which defendant is challenging has been previously appealed, and the Court of Appeals has previously affirmed the District Court. The appeal is out of time and will be denied. Accordingly,

IT IS ORDERED that defendant's motion to appeal is untimely and is denied. His request to appeal *in forma pauperis* is denied.

DATED this 25th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court