IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )          8:95CR79
                                )
        v.                      )
                                )
CLARENCE ROBINSON,              )          ORDER AND JUDGMENT
                                )
            Defendant.          )
_____)


Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant Clarence Robinson's "motion for district court to grant certificate of appealability from denial of motion to reopen and amend 1st 28 U.S.C. § 2255 [motion] to add *Apprendi* claim" (Filing No. 221) is denied.

DATED this 15th day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court