IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:95CR79
                              )
      v.                      )
                              )
CLARENCE ROBINSON,            )        ORDER
                              )
            Defendant.        )
_____)
```

　　　　This matter is before the Court on defendant's motion for a copy of his presentence investigation report (Filing No. 224), and a copy of an exhibit (Filing No. 225).  Defendant was advised by letter that the cost of a copy of the revised presentence investigation report would be $9.50.  He was also advised that the exhibits were returned to the government in early 2007 and were destroyed later that year.

　　　　Some thirty days has passed and defendant has not remitted payment for a copy of his revised presentence investigation report.  Accordingly,

　　　　IT IS ORDERED:

　　　　1) Defendant's motion for a copy of his presentence investigation report is denied without prejudice, subject to payment of the cost.

2) Defendant's motion for a copy of an exhibit is denied as said exhibit is no longer available.

DATED this 16th day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court