IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:95CR79 |
| | ) | |
| v. | ) | |
| | ) | |
| CLARENCE ROBINSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's request for a copy of his "original" presentence investigation report which he refers to as Filing No. 29 (Filing No. 235). Filing No. 29 is a two-page "statement of plaintiff pursuant to Court's standing order of February 16, 1988, in re: implementation of sentencing procedures and adopting of revised presentence investigation report." The revised presentence investigation report (Filing No. 43) is 19 pages long and would cost $9.50. No "original" report was filed. Accordingly,

IT IS ORDERED that defendant's motion for a copy of his revised presentence investigation report is denied without prejudice, subject to payment of the cost.

DATED this 18th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court