# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARENCE ROBINSON,<br><br>　　　　　　Defendant. | 8:95CR79<br><br>**ORDER** |

This matter is before the Court on defendant Clarence Robinson's ("Robinson") Motion for Reconsideration of Worksheet Calculations (Filing No. 265) and Unopposed Motion to Extend Briefing Deadline (Filing No. 266), seeking an extension until March 9, 2020, to file a responsive brief.

In his motion to extend, Robinson requests additional time because the Court has not ruled on the motion for reconsideration. Robinson puts the cart before the horse.

In his Motion for Reconsideration, Robinson requests the Court revise the First Step Act Retroactive Sentencing Worksheet (Filing No. 259). Specifically, Robinson asks the Court to order the U.S. Probation Office to revise that worksheet to (1) reduce Robinson's base offense level and guideline imprisonment range by not considering judge-found facts, and (2) find Robinson has only one prior conviction rather than two.

Robinson, however, has neither briefed these issues nor otherwise adequately explained why the worksheet needs to be changed as they suggest at this point. Robinson should address these issues in his forthcoming responsive brief. Accordingly, Robinson's Motion for Reconsideration is denied without prejudice.

Based on the foregoing,

IT IS ORDERED:

1. Defendant Clarence Robinson's ("Robinson") Motion for Reconsideration of Worksheet Calculations (Filing No. 265) is denied without prejudice.

2. Robinson's Unopposed Motion to Extend Briefing Deadline (Filing No. 266) is granted. Robinson shall have until February 3, 2020, to file a responsive brief.

Dated this 10th day of January 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge